## AFFIDAVIT

I, William P. Akins, a Postal Inspector with the United States Postal Inspection Service (USPIS), being duly sworn, depose and state:

**INTRODUCTION:**

1. I am a Postal Inspector with the United States Postal Inspection Service, in Tucson, AZ, and have been employed as such since February of 2019.  Since February of 2019, I have been stationed at the Tucson, Arizona office of the Phoenix Division. I attended the fourteen-week training course at the United States Postal Inspection Service Academy in Potomac, Maryland.  There I received training related to violations of federal law including assaults, robberies, and criminal investigations of narcotics trafficking via the United States Mail. Prior to becoming a Postal Inspector, I was employed as a United States Border Patrol Agent for approximately 13 years. Throughout my law enforcement career, I have had extensive training and experience investigating a variety of criminal violations including controlled substances. During my 17-year career as a Federal Law Enforcement Officer, I have been involved in numerous criminal investigations which have resulted in arrests, recovery of evidence and seizure of property.  I have also written and executed numerous search warrants resulting in the seizure of thousands of dollars and controlled substances.

**DESCRIPTION OF SUBJECT PARCEL:**

2. This affidavit is made in support of an Application and Affidavit for Search Warrant for a United States Postal Service (USPS) Priority Mail (PM) parcel.  The parcel has tracking number 9505 5134 0881 3219 7295 27, with $10.20 in postage, postmarked from Tucson, Arizona, on August 7, 2023.  It bears a return address of "Tyler Moore, 1700 W Prince Rd, Tucson, AZ 85705" and is addressed to "Harry Abercrombie, P.O Box 484, Stanfeild {SIC},

OR, 97875". The article consists of a USPS PM small flat rate box. The parcel measures approximately 9" x 5" x 2" and weighs approximately 5 ounces. It is hereafter referred to as "SUBJECT PARCEL 1".

## BACKGROUND ON USPS DRUG INTERDICTION IN SOUTHERN ARIZONA AND THE USPS DRUG MAIL PROFILING PROGRAM:

3. From my training, personal experience, and the collective experiences related to me by other Postal Inspectors who specialize in investigations relating to the mailing of controlled substances and the proceeds from the sale of controlled substances, I am aware that the southern Arizona international border is a leading area for the entry of controlled substances from Mexico into the U.S. Based on the large quantities of controlled substances entering southern Arizona, controlled substances are frequently transported from southern Arizona via the United States Mail to areas across the United States, primarily to the large metropolitan areas in the eastern United States and Puerto Rico. It is also common for the proceeds from the sale of the controlled substances to be sent to southern Arizona via the United States Mail. By using the U.S. Mail to ship controlled substances, these drug traffickers put unknowing postal employees who handle and deliver those mailings at risk.

4. Based on the frequent use of the United States Mail for the shipment of controlled substances from southern Arizona and California, Postal Inspectors in Tucson and other locations near the southwest border routinely observe inbound and outbound mail articles for suspicious characteristics common to mailings of drugs and drug proceeds. While there are many characteristics that experienced inspectors look for, the most common characteristics found are:

    a. Suspected parcels are mailed to or from known drug destination areas, primarily the large metropolitan areas in United States and Puerto Rico.

    b. The sender names and addresses on drug or drug proceeds parcels routinely contain misspellings, incomplete, inaccurate, unauthorized and/or fictitious information.

    c. A tracking number is used to provide the trafficker the ability to track the parcel's progress to the point of delivery.

    d. The postage was paid with a means which leaves no trail identifying the mailer.

5. Parcels found to meet some or all of the suspicious characteristics described in subsections "a" through "d" of this paragraph are further investigated by Postal Inspectors.

**INVESTIGATIVE DETAILS:**

6. Since September of 2022, I have been investigation a group of individuals who routinely utilize the USPS to mail parcels containing steroids and testosterone across the United States. Through the investigation, one of the subjects was identified as Michael Barabas (BARABAS).

7. On August 1, 2023, I was made aware Customs and Border Protection seized a UPS parcel addressed to Michael Barabas at 1967 W. La Osa Drive, Tucson, AZ 85705. That UPS parcel contained 715 grams of Trenbolone Acetate, 102 grams of Dromostanolone, 305 grams Dromostanolone Enanthate, 102 grams of Testosterone Propionate, and 102 grams of Nandrolone Phenylpropionate. That parcel was turned over to Special Agents with the Drug Enforcement Administration (DEA) in Tucson, Arizona.

8. On August 7, 2023, Special Agents with DEA were conducting surveillance on BARABAS when they witnessed him mail SUBJECT PARCEL 1 at the Kino Retail Post Office in Tucson, Arizona.

9. On August 7, 2023, I contacted the Kino Retail Post Office and requested SUBJECT PARCEL 1 be set aside for further examination. I also learned SUBJECT PARCEL 1 was paid for in cash.

10. On August 7, 2023, I received an image of SUBJECT PARCEL 1 and learned the following:

    a. It was mailed from Tucson, Arizona which is a source area for narcotics.

    b. It had a tracking number. From my experience, I know that nearly all drug and drug proceeds parcels bear tracking numbers allowing the sender and receiver to track the progress of the shipment from origination to destination.

    c. The subject parcel was paid for in cash.

    d. The return address information was not listed with BARABAS' information even though he was seen mailing the parcel.

11. Canine Examination:

    a. A canine examination was not conducted on SUBJECT PARCEL 1 since I believe SUBJECT PARCEL 1 contains steroids, testosterone, or some form of human growth hormone. These are not odors detection canines are trained to detect. These items may not be inherently illegal, but they are illegal to mail.

12. Based on the facts set forth in this affidavit, I believe there is probable cause to show that SUBJECT PARCEL 1 contain controlled substances, constituting evidence of violations of 21 U.S.C. § 841 (a) (1), Possession with Intent to Distribute a Controlled Substance, 21 U.S.C. § 843 (b), Unlawful Use of a Communication Facility to Facilitate the Distribution of a Controlled Substance, and 21 U.S.C. § 846, Conspiracy to Possess with Intent to Distribute a Controlled Substance.

13. This affidavit is submitted for the limited purpose of seeking authorization to search SUBJECT PARCEL 1. Your Affiant has not set forth each and every fact known to him regarding the investigation.

_____
William P. Akins
United States Postal Inspector

Subscribed and sworn to me telephonically on
This 7th day of August, 2023

_____
Eric J. Markevich
United States Magistrate Judge